1054

[No. 16190-1-III.    Division Three.    March 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOSEPH
BETTENCOURT, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-01632-5, James M. Murphy, J.,
entered November 12, 1996. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Schultheis, C.J., and
Sweeney, J.

[Nos. 18682-9-II; 19090-7-II.    Division Two.    March 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CECIL LARCELL
MORTON III, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JAMES
HEPPARD, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 94-1-00829-5, 94-1-01966-1, Nile E. Aubrey,
J., entered September 21, 1994. *Affirmed* by unpublished
opinion per Morgan, J., concurred in by Houghton, C.J.,
and Seinfeld, J.

[Nos. 19496-1-II; 19497-0-II.    Division Two.    March 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GUSTAVO
LOEYA DEHARO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO
ANDRADE-MARTINEZ, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 95-1-00887-1, 95-1-00888-9, Terry D. Sebring,
J., entered May 9, 1995. *Affirmed* by unpublished opinion
per Houghton, C.J., concurred in by Morgan and Seinfeld,
JJ.